**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

KASSEY J. HOEGE,  :  No. 85 WM 2016
:
Petitioner  :
:
:
:
v.  :
:
:
:
COURT OF COMMON PLEAS OF  :
WESTMORELAND COUNTY,  :
:
Respondent  :

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of September, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief, to the extent it seeks mandamus relief, is **GRANTED**.

The Court of Common Pleas of Westmoreland County is **DIRECTED** to adjudicate the pending contempt petition within 30 days.

The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Westmoreland County.